*In re* JORGE L. SANTIAGO CRUZ.

*Número:* TS-7080        *Resuelto:* 16 de mayo de 2001

## RESOLUCIÓN

El 5 de marzo de 2001 este Tribunal emitió un *Per Curiam* mediante el cual suspendió del ejercicio de la abogacía al Lcdo. Jorge L. Santiago Cruz, 2001 TSPR 33. En la Opinión ordenamos que se notificara por correo a la dirección que aparece en el expediente personal del abogado. Además, se dispuso que a partir de ser remitida por correo, se consideraría notificado el abogado. Tal como ordenamos, el 12 de marzo se envió por correo con acuse de recibo y por

tal razón la Opinión fue notificada a las demás partes, distribuida y publicada.

Recientemente, el Alguacil del Tribunal nos informó que en el proceso de diligenciar el mandamiento ordenando la incautación de la obra y del sello notarial del abogado suspendido, fueron informados de que el abogado había fallecido el 3 de marzo de 2001.

Considerando las circunstancias extraordinarias del presente caso, dejamos sin efecto nuestra Opinión de 5 de marzo de 2001. Se ordena que la Opinión no se publique oficialmente y que se retire su publicación por la vía electrónica. La Secretaria del Tribunal velará por el cumplimiento de lo aquí dispuesto.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*